IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CODON DEVICES, INC., DUKE UNIVERSITY, and the MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | ) ) ) |
| Plaintiffs, | ) C.A. No. _____ ) |
| v. | ) DEMAND FOR JURY TRIAL ) |
| BLUE HERON BIOTECHNOLOGY, INC., | ) ) |
| Defendant. | ) |

## PLAINTIFFS' RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff Codon Devices, Inc. states that it has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff Duke University states that it has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff Massachusetts Institute of Technology states that it has no parent corporation and does not have shares of capital stock.

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Jack B. Blumenfeld*
                _____
                Jack B. Blumenfeld (I.D. No. 1014)
                Leslie A. Polizoti (I.D. No. 4299)
                1201 North Market Street
                P.O. Box 1347
                Wilmington, DE 19899-1347
                (302) 658-9200
                jblumenfeld@mnat.com

                *Attorneys for Plaintiffs*
                  *Codon Devices, Inc., Duke University*

*Of Counsel:*             *and Massachusetts Institute of Technology*

Edward R. Reines
Nicholas A. Brown
Rip J. Finst
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

March 14, 2007