AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

**SUMMONS IN A CIVIL CASE**

CODON DEVICES, INC., DUKE UNIVERSITY, )
and the MASSACHUSETTS INSTITUTE OF )
TECHNOLOGY, )
) C.A. No. __07-148__
)
Plaintiffs, )
)
v. )
)
BLUE HERON BIOTECHNOLOGIES, INC., )
)
Defendant. )

TO:  Blue Heron Biotechnologies, Inc.
c/o National Corporate Research, Inc.
615 South DuPont Highway
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

Jack B. Blumenfeld
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

an answer to the complaint which is served upon you with this summons, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                MAR 1 4 2007
_____                _____
CLERK                                          DATE

_Evette Watson_
_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>March 14, 2007 |
| NAME OF SERVER *(PRINT)*<br>Thomas Lyle | TITLE<br>Courier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted:

☒ Other (specify) By hand delivery of summons and complaint to Blue Heron Biotechnologies, Inc.
    c/o National Corporate Research
    615 South DuPont Highway
    Dover, DE 19901

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on:    3/15/2007
                Date

*Signature of Server:* Thomas Lyle

800 King Street; Wilmington, DE
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.
699265