IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CODON DEVICES, INC., DUKE UNIVERSITY, and the MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE HERON BIOTECHNOLOGY, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 07-148-***<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION FOR EXTENSION OF TIME

Plaintiffs and Defendant hereby stipulate, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action is extended to May 3, 2007.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Jack B. Blumenfeld<br>Jack B. Blumenfeld (#1014)<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street<br>P.O. Box 1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>lpoizoti@mnat.com<br><br>*Attorneys for Plaintiffs*<br>*Codon Devices, Inc., Duke University and Massachusetts Institute of Technology* | By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Blue Heron Biotechnology, Inc.* |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge

787156