IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CODON DEVICES, INC., DUKE UNIVERSITY, and the MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>v.<br><br>BLUE HERON BIOTECHNOLOGY, INC.,<br><br>Defendant. | C.A. No.: 07-148-*** |

### DEFENDANT'S FRCP RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Blue Heron Biotechnology, Inc. makes the following corporate disclosure:

Defendant Blue Heron Biotechnology, Inc. has no parent company.

One public company, Invitrogen Corporation, owns 10% or more of the outstanding shares of Defendant Blue Heron Biotechnology, Inc. No other public company owns 10% or more of Defendant Blue Heron Biotechnology, Inc.'s stock.

| | |
|---|---|
| OF COUNSEL:<br><br>Alexander Brainerd<br>M. Patricia Thayer<br>HELLER EHRMAN LLP<br>333 Bush Street<br>San Francisco, CA 94104<br>Tel: (415) 772-6000<br><br>Kalai Lau<br>HELLER EHRMAN LLP<br>701 Fifth Avenue, Suite 6100<br>Seattle, WA 98104<br>Tel: (206) 447-0900<br><br>Nishita Doshi<br>HELLER EHRMAN LLP<br>275 Middlefield Road<br>Menlo Park, CA 94025<br>Tel: (650) 324-7000<br><br>Dated: May 3, 2007<br>792549 / 31389 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ Richard L. Horwitz*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Blue Heron Biotechnology, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on May 3, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

I hereby certify that on May 3, 2007, I have Electronically Mailed the documents to the following:

Kalai Lau
Heller Ehrman LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
kalai.lau@hellerehrman.com

Ed R. Reines
Nicholas A. Brown
Rip J. Finst
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
edward.reines@weil.com
nicholas.brown@weil.com
rip.finst@weil.com

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

792583 / 31389