## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CODON DEVICES, INC., DUKE UNIVERSITY, and the MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | : : : : |
| Plaintiffs, | : : |
| v. | :   C. A. No. 07-148-*** |
| BLUE HERON BIOTECHNOLOGY, INC., | : : : |
| Defendant. | : |

## **ORDER**

At Wilmington this **4th** day of **June, 2007**.

IT IS ORDERED that the parties shall provide the Court with a redraft of the proposed scheduling order, noting those areas to be discussed during the status conference scheduled for **Monday, October 15, 2007 at 4:00 p.m.** with Magistrate Judge Thynge. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE