IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CODON DEVICES, INC., DUKE UNIVERSITY, and the MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE HERON BIOTECHNOLOGY, INC.,<br><br>Defendant. | )<br>)<br>)<br>) C.A. No. 07-148 (***)<br>)<br>)<br>)<br>) DEMAND FOR JURY TRIAL<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the times to serve Rule 26(a)(1) initial disclosures and to file a proposed Protective Order are extended until July 20, 2007. The remainder of the dates set by the Court's June 6, 2007 Scheduling Order (D.I. 15) remain unchanged.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Jack B. Blumenfeld | /s/ Richard L. Horwitz |
| Jack B. Blumenfeld (#1014)<br>Leslie A. Polizoti (#4299)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br><br>*Attorneys for Plaintiffs*<br>  *Codon Devices, Inc., Duke University*<br>  *and Massachusetts Institute of Technology* | Richard L. Horwitz (#2246)<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br><br>*Attorneys for Defendant*<br>  *Blue Heron Biotechnology, Inc.* |

SO ORDERED this _____ day of June, 2007

_____
Magistrate Judge