IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CODON DEVICES, INC., DUKE UNIVERSITY, and the MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | ) ) ) ) |
| Plaintiffs, | ) ) C.A. No. 07-148-*** |
| v. | ) ) JURY TRIAL DEMANDED |
| BLUE HERON BIOTECHNOLOGY, INC. | ) ) ) |
| Defendant. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the times to serve Rule 26(a)(1) initial disclosures and to file a proposed Protective Order are extended until August 20, 2007. The remainder of the dates set by the Court's June 6, 2007 Scheduling Order (D.I. 15) remain unchanged.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Jack B. Blumenfeld<br>Jack B. Blumenfeld (#1014)<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street<br>P.O. Box 1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>lpoizoti@mnat.com<br><br>*Attorneys for Plaintiffs* | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2007.

_____
Judge

807774