## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CODON DEVICES, INC., DUKE UNIVERSITY, and the MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>      Plaintiff,<br><br>v.<br><br>BLUE HERON BIOTECHNOLOGY, INC.,<br><br>      Defendant. | C.A. No. 07-148-*** |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Blue Heron Biotechnology, Inc., hereby certifies that copies of the following documents were caused to be served on September 24, 2007 upon the following attorneys of record at the following addresses as indicated:

    DEFENDANT BLUE HERON BIOTECHNOLOGY, INC.'S INITIAL
    DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)

**VIA HAND DELIVERY**

Jack B. Blumenfeld
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com
lpolizoti@mnat.com

**VIA ELECTRONIC MAIL**

  Ed R. Reines
  Nicholas A. Brown
  Rip J. Finst
  Weil, Gotshal & Manges LLP
  201 Redwood Shores Parkway
  Redwood Shores, CA 94065
  edward.reines@weil.com
  nicholas.brown@weil.com
  rip.finst@weil.com

OF COUNSEL:

Alexander Brainerd
M. Patricia Thayer
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Tel: (415) 772-6000

Kalai Lau
HELLER EHRMAN LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Tel: (206) 447-0900

Nishita Doshi
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
Tel: (650) 324-7000

Dated: September 24, 2007
821101 / 31389

POTTER ANDERSON & CORROON LLP

By:  */s/ Richard L. Horwitz*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P. O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant*
*Blue Heron Biotechnology, Inc.*

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on September 24, 2007, true and correct copies of the within document were caused to be served on the attorney of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Jack B. Blumenfeld
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801
jblumenfeld@mnat.com
lpolizoti@mnat.com

**VIA ELECTRONIC MAIL**

Ed R. Reines
Nicholas A. Brown
Rip J. Finst
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
edward.reines@weil.com
nicholas.brown@weil.com
rip.finst@weil.com

/s/ Richard L. Horwitz
Richard L. Horwitz

807233 / 31389