IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CODON DEVICES, INC., DUKE UNIVERSITY, and the MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE HERON BIOTECHNOLOGY, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-148 (***)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Rule 26(a) Disclosures of Codon Devices, Inc., Duke University and the Massachusetts Institute of Technology; and (2) Disclosures Pursuant to Standard No. 2 of Default Standard for Discovery of Electronic Documents were caused to be served on September 24, 2007 upon the following in the manner indicated:

Richard L. Horwitz, Esquire                                    *BY E-MAIL & HAND DELIVERY*
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

Alexander Brainerd, Esquire                                *BY E-MAIL & FIRST CLASS MAIL*
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104

Kalai Lau, Esquire                                                   *BY E-MAIL & FIRST CLASS MAIL*
Heller Ehrman LLP
701 Fifth Avenue
Suite 6100
Seattle, WA  98104

Nishita Doshi, Esquire                                            *BY E-MAIL & FIRST CLASS MAIL*
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA  94025

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Jack B. Blumenfeld*

---

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Plaintiffs*
  *Codon Devices, Inc., Duke University*
  *and Massachusetts Institute of Technology*

OF COUNSEL:

Edward R. Reines
Nicholas A. Brown
Rip J. Finst
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

September 24, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP

I further certify that I caused to be served copies of the foregoing document on September 24, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street<br>Wilmington, DE 19801 | *BY E-MAIL & HAND DELIVERY* |
| Alexander Brainerd, Esquire<br>Heller Ehrman LLP<br>333 Bush Street<br>San Francisco, CA 94104 | *BY E-MAIL & FIRST CLASS MAIL* |
| Kalai Lau, Esquire<br>Heller Ehrman LLP<br>701 Fifth Avenue<br>Suite 6100<br>Seattle, WA 98104 | *BY E-MAIL & FIRST CLASS MAIL* |
| Nishita Doshi, Esquire<br>Heller Ehrman LLP<br>275 Middlefield Road<br>Menlo Park, CA 94025 | *BY E-MAIL & FIRST CLASS MAIL* |

/s/ *Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)