# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

October 4, 2007

The Honorable Mary Pat Thynge             *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE  19801

    Re: *Codon Devices, Inc., et al. v. Blue Heron Biotechnology, Inc.*
       C.A. No. 07-148 (***)

Dear Judge Thynge:

    Pursuant to paragraph 7 of the Scheduling Order, I write on behalf of both parties to report on the status of this case.  The parties are attempting to resolve this matter and are in the process of scheduling a settlement meeting.  Accordingly, they request that the status conference scheduled for October 15, 2007 at 4:00 p.m. be taken off the Court's calendar.

    The parties also request that the status conference be rescheduled for a time shortly after Thanksgiving, in the event that they are unable to resolve this matter by then.  In that case, the parties may request that the remaining deadlines in the case be rescheduled.

              Respectfully,

              */s/ Jack B. Blumenfeld*

              Jack B. Blumenfeld (#1014)

JBB/dlb
cc: Clerk of Court (Via Hand Delivery)
   Richard L. Horwitz, Esquire (Via Hand Delivery and Electronic Mail)
   M. Patricia Thayer, Esquire (Via Electronic Mail)
   Edward R. Reines, Esquire (Via Electronic Mail)