## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CODON DEVICES, INC., DUKE UNIVERSITY, and the MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | : : : : |
| Plaintiffs, | : : |
| v. | :   C. A. No. 07-148-*** |
| BLUE HERON BIOTECHNOLOGY, INC., | : : : |
| Defendant. | : |

## **ORDER**

At Wilmington this **9th** day of **October, 2007**.

IT IS ORDERED that the teleconference with Magistrate Judge Thynge scheduled for **October 15, 2007 at 4:00 p.m.** is rescheduled to **December 7, 2007 at 10:00 a.m.** Plaintiffs' counsel shall initiate the call.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE