IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CODON DEVICES, INC., DUKE UNIVERSITY, and the MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | : : : : |
| Plaintiffs, | : : |
| v. | :    C. A. No. 07-148-*** |
| BLUE HERON BIOTECHNOLOGY, INC., | : : : |
| Defendant. | : |

## **ORDER**

At Wilmington this **7th** day of **December, 2007**.

IT IS ORDERED that a status teleconference with Magistrate Judge Thynge has been scheduled for **Thursday, January 17, 2008 at 10:00 a.m. Eastern Time. David Moore, Esquire shall initiate the teleconference call.** A stay in the scheduling order exists until the teleconference of January 2008.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE