# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

CODON DEVICES, INC., DUKE                    :
UNIVERSITY, and the MASSACHUSETTS :
INSTITUTE OF TECHNOLOGY,            :
                                                          :
                        Plaintiffs,               :
                                                          :
            v.                                          :      C. A. No. 07-148-***
                                                          :
BLUE HERON BIOTECHNOLOGY, INC.,    :
                                                          :
                        Defendant.              :

## ORDER

At Wilmington this **16**th day of **January, 2008**.

IT IS ORDERED that the status teleconference with Magistrate Judge Thynge scheduled for Thursday, January 17, 2008 at 10:00 a.m. Eastern Time has been rescheduled to **Tuesday, February 12, 2008 at 11:30 a.m. Eastern Time. David Moore, Esquire shall initiate the teleconference call.** A stay in the scheduling order exists until the teleconference of February 12, 2008.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE