### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CODON DEVICES, INC., DUKE UNIVERSITY, and the MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BLUE HERON BIOTECHNOLOGY, INC.,<br><br>　　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: C. A. No. 07-148-JJF<br>:<br>:<br>:<br>: |

### **ORDER**

At Wilmington this **8th** day of **February, 2008**.

IT IS ORDERED that the status teleconference with Magistrate Judge Thynge scheduled for Tuesday, February 12, 2008 at 11:30 a.m. Eastern Time is cancelled

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


　　　　　　　　　　　　　　　　　　/s/ Mary Pat Thynge
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE