# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

May 19, 2008

The Honorable Joseph J. Farnan, Jr.                          *VIA ELECTRONIC FILING*
United States District Court
   For the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *Codon Devices, Inc., et al. v. Blue Heron Biotechnology, Inc.*
      C.A. No. 07-148 (JJF)

Dear Judge Farnan:

     I am writing to advise the Court that the parties have entered into an agreement to settle this action. Under the terms of that agreement, the parties expect to file a stipulation of dismissal at the end of September of this year. If Your Honor has any questions, counsel are of course available at the Court's convenience.

Respectfully,

Jack B. Blumenfeld (#1014)

JBB/dlb
cc:   Clerk of Court (Via Hand Delivery)
      Richard L. Horwitz, Esquire (Via Hand Delivery and Electronic Mail)
      M. Patricia Thayer, Esquire (Via Electronic Mail)
      Edward R. Reines, Esquire (Via Electronic Mail)