IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CODON DEVICES, INC., et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action NO. 07-148 JJF |
| BLUE HERON BIOTECHNOLOGY, INC., | : |
| Defendant. | : |

### O R D E R

WHEREAS, by letter, Counsel has informed the Court that the parties have reached an agreement to settle all of their disputes in the above-captioned case (D.I. 33);

NOW THEREFORE, IT IS HEREBY ORDERED that the above-captioned case shall be administratively closed. Should settlement fail, the parties shall promptly notify the Court so that the case may be reopened and other appropriate action may be taken.

August 6, 2008
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE