IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CODON DEVICES, INC., DUKE UNIVERSITY, and the MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>    Plaintiffs,<br><br>v.<br><br>BLUE HERON BIOTECHNOLOGY, INC.,<br><br>    Defendant. | C.A. No. 07-148 (JJF) |

## STIPULATION AND ORDER OF DISMISSAL

The parties to the above-entitled action, by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) hereby stipulate to dismiss this action in its entirety WITH PREJUDICE, subject to the terms and conditions of the Settlement and License Agreement by and between all parties, dated March 26, 2008. Each party shall bear its own costs, expenses and attorneys fees.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL, LLP | POTTER ANDERSON & CORROON LLP |
| /s/ *Jack B. Blumenfeld* | /s/ *Richard L. Horwitz* |
| Jack B. Blumenfeld (#1014)<br>1201 North Market Street<br>P. O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com | Richard L. Horwitz (#2246)<br>1313 N. Market St., 6th Floor<br>P. O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com |
| *Attorneys for Plaintiffs,*<br>  *Codon Devices, Inc., Duke University;*<br>  *and Massachusetts Institute of*<br>  *Technology* | *Attorneys for Defendant,*<br>  *Blue Heron Biotechnology, Inc.* |

SO ORDERED this ___6___ day of October, 2008.

_____
                                    J.